IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| United States, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No.: 4:09-1145-TLW |
| | ) | |
| Clifton Jermaine Swinton, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

On February 16, 2010, the Defendant filed a Motion to Dismiss the Indictment based upon Double Jeopardy and Collateral Estoppel. (Doc. # 35). The Government is hereby directed to respond to the motion within 20 days of the filing of this order

**IT IS SO ORDERED**.

    s/Terry L. Wooten
TERRY L. WOOTEN
United States District Judge

March 24, 2010
Florence, South Carolina